1 | EDWARD R. BUELL, III (State Bar No. 240494)
erb@severson.com
2 | KURT C. WENDLENNER (State Bar No. 238434)
kcw@severson.com
3 | SEVERSON & WERSON
A Professional Corporation
4 | One Embarcadero Center, Suite 2600
San Francisco, CA 94111
5 | Telephone: (415) 398-3344
Facsimile: (415) 956-0439
6 |
Attorneys for Defendant
7 | SUNTRUST MORTGAGE, INC.

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 | SACRAMENTO DIVISION

| | |
|---|---|
| 11 JOEL S. REYNOLDS, | Case No.: 2:10-cv-01508-WBS-DAD |
| 12      Plaintiff, | **STIPULATION AND ORDER RE DEPOSITION OF KIMBERLY PANNELL AKA KIMBERLY PANNELL-REYNOLDS** |
| 13      vs. | |
| 14 SUNTRUST MORTGAGE, INC., and DOES 1 through 50, | |
| 15 | |
| 16      Defendants. | Complaint filed: April 19, 2010 |

17

18      The parties hereto, by and through their respective attorneys of record, have entered into

19 this Stipulation based on the following facts:

20      WHEREAS third-party deponent Kimberly Pannell-Reynolds aka Kimberly Pannell is

21 believed to have material information pertinent to the subject litigation;

22      WHEREAS the parties were unable to agree to a deposition date for Kimberly Pannell-

23 Reynolds aka Kimberly Pannell on or before the discovery cut-off date;

24      WHEREAS deponent Kimberly Pannell-Reynolds has been contacted and has agreed to

25 attend her deposition on September 14, 2011.

26      Based on the foregoing, it is hereby **STIPULATED** and **AGREED** as follows:

27      The deposition of Kimberly Pannell-Reynolds aka Kimberly Pannell, will take place on

28 September 14, 2011 at the Fairfield Inn Tracy, 2410 Naglee Road, Tracy, CA, 95376.  This

1 | deposition will take place beyond the August 29, 2011 discovery cut-off in this case.  This

2 | Stipulation and Agreement shall not impact any other discovery deadlines in this action.

3 | DATED:  August 24, 2011

4 |

5 |

6 | SEVERSON & WERSON
A Professional Corporation

7 |

8 | By:  _____/s/ Kurt C. Wendlenner_____
Kurt C. Wendlenner

9 |

10 | Attorneys for Defendant
SUNTRUST MORTGAGE, INC.

11 |

12 | ROBINSON BRADFORD LLP

13 |

14 | By:  _____/s/ Matthew Bradford_____
Matthew Bradford

15 |

16 | Attorneys for Plaintiff
JOEL S. REYNOLDS

17 |

18 | **ORDER**

19 | Pursuant to the parties' stipulation, the deposition of Kimberly Pannell-Reynolds aka

20 | Kimberly Pannell shall be taken on September 14, 2011.  This deposition may take place beyond

21 | the August 29, 2011 discovery cut-off in this case.  No other discovery deadline is altered by this

22 | order.

23 | IT IS SO ORDERED.

24 | **Date:  8/26/2011**

25 |

26 | _____
DALE A. DROZD

27 | UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil\reynolds1508.stipord.pannell.dep

28 |

- 2 -

11950/0063/958143.1

Stipulation and Order Re Depo of Kimberly Pannell
Case No.:  2:10-cv-01508-WBS DAD