Matthew C. Bradford (SBN 196798)
ROBINSON BRADFORD LLP
3255 W. March Lane, Ste 230
Stockton, CA 95219
Tel: 209.954.9001
Fax: 209.954.9091
Matthew@robinsonbradford.net

Attorneys for Plaintiff
Joel Reynolds

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOEL S. REYNOLDS,<br><br>    Plaintiff,<br><br>vs.<br><br>SUNTRUST MORTGAGE, INC., and DOES 1 through 50,<br><br>    Defendants. | Case No.: 2:10-cv-01508-WBS-DAD<br><br>**ORDER TO CONTINUE THE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT/ADJUDICATION**<br><br><br>Complaint filed: April 19, 2010 |

IT IS SO ORDERED:

Pursuant to the stipulation of the parties, the hearing on Defendants' motion for summary judgment/adjudication shall be continued to November 21, 2011, at 2:00 p.m. in Courtroom 5. Plaintiff shall file and serve their responsive pleading on or before October 24, 2011.

DATED: October 7, 2011

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Proposed Order for Summary Judgment/Adjudication Hearing
Continuance
Case No.: 2:10-cv-01508-WBS