JOHN B. SULLIVAN (State Bar No. 96742)
EDWARD R. BUELL, III (State Bar No. 240494)
erb@severson.com
KURT C. WENDLENNER (State Bar No. 238434)
kcw@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
SUNTRUST MORTGAGE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JOEL S. REYNOLDS,<br><br>          Plaintiff,<br><br>     vs.<br><br>SUNTRUST MORTGAGE, INC., and DOES 1 through 50,<br><br>          Defendants. | Case No.:  2:10-cv-01508-WBS-DAD<br><br>**ORDER TO CONTINUE PRETRIAL CONFERENCE AND TRIAL DATE**<br><br><br>Complaint filed: April 19, 2010 |

**IT IS SO ORDERED**:

   The pretrial conference will be held on January 23, 2012 at 2:00 p.m. in Courtroom 5.

Deadlines for submitting pretrial conference statements are continued in accordance therewith.

Jury Trial is continued to March 13, 2012 at 9:00 a.m. in Courtroom 5.

   **DATED:**  November 1, 2011

                                   *[signature]*
                                   WILLIAM B. SHUBB
                                   UNITED STATES DISTRICT JUDGE

11950/0063/985295.1